# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCH SPECIALTY INSURANCE COMPANY,<br><br>                                    Plaintiff,<br><br>      v.<br><br>SKANDIA CONSTRUCTION SERVICES, INC. and 1515 PARTNERS LLC,<br><br>                                    Defendants. | Case No. 10cv1764 BTM (BLM)<br><br>**ORDER DISMISSING ENTIRE ACTION** |

The Court, having received the Joint Motion for Dismissal of Entire Action with Prejudice filed by Plaintiff Arch Specialty Insurance Company, Defendants Skandia Construction Services, Inc. and 1515 Partners LLC, and Third-Party Defendants Continental Commercial Insurance Brokers and Mark Conklin, hereby GRANTS the parties' joint motion and DISMISSES the entire action with prejudice, including all counter and cross claims, with each party to bear its own attorneys' fees and costs.  The clerk shall enter judgment accordingly.

**IT IS SO ORDERED.**

Dated: November 7, 2011

**HONORABLE BARRY TED MOSKOWITZ**
United States District Judge