# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Arch Specialty Insurance Company

                **V.**                               **JUDGMENT IN A CIVIL CASE**

Skandia Construction Services, Inc; 1515 Partners, LLC; Mark Conklin; Continental Commercial Insurance Brokers

**CASE NUMBER:**    10CV1764-BTM-BLM

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this case is Dismissed with Prejudice, including all counter and cross claims, with each party to bear its own attorneys' fees and costs.

| | |
|---|---|
| November 7, 2011 | W. Samuel Hamrick, Jr. |
| Date | Clerk |
| | s/ E Silvas |
| | (By) Deputy Clerk |
| | ENTERED ON November 7, 2011 |

[Case Number]